# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

William Littlejohn Goode
The Goode Law Firm
P. O. Box 3366
Lafayette LA 70502-3366

**REHEARING ACTION: June 18, 2008**

**Docket Number: 07   01010-CA**

**JOHN KEITH RICHARD**
**VERSUS**
**LAFAYETTE FIRE AND POLICE CIVIL SERVICE BOARD**

**Appealed from Lafayette Parish Case No. 20063111**

**BEFORE JUDGES:**

    **Hon. Billy Howard Ezell**
    **Hon. J. David Painter**
    **Hon. James T. Genovese**

    **<u>APPLICATION FOR REHEARING GRANTED WITHOUT ARGUMENT</u>.**
    Costs in the amount of $5,275.79 to be assessed against Lafayette Fire
    and Civil Service Board.

cc: Michael Patrick Corry, Counsel for the Appellee
    Marie Candice Hattan, Counsel for the Appellee